WILLIAM S. HURLEY, Respondent, *v.* PITTSBURGH PLATE GLASS COMPANY, Appellant.

*Hurley* v. *Pittsburgh Plate Glass Co.*, 178 App. Div. 927, affirmed. (Submitted March 17, 1919; decided April 8, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 26, 1917, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury and directing judgment in favor of plaintiff. The action was brought to recover as for money had and received the amount received by the defendant on an interest in a bond and mortgage assigned to it by the plaintiff as collateral security for the payment of an indebtedness due by the plaintiff to the defendant arising out of an agreement of guaranty. The defendant had filed a mechanic's lien, and the action was brought on the theory that the satisfaction of this lien by the defendant for a less amount than that stated in the face of the lien released the guarantor and that the moneys received by the defendant for the interest in the bond and mortgage were received for the benefit of the plaintiff, the guarantor.

*John J. Scanlan* and *Sidney G. De Kay* for appellant.

*Hugo Hirsh, Emanuel Newman* and *Benjamin Reass* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.